**BARLOWE v. BARLOWE**

[339 N.C. 732 (1995)]

GARY O. BARLOWE v. MARCELLA D. BARLOWE

No. 154A94

(Filed 3 March 1995)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 113 N.C. App. 797, 440 S.E.2d 279 (1994), affirming the equitable distribution judgment entered by Honeycutt, J., on 2 July 1993 in District Court, Alexander County. Heard in the Supreme Court 16 February 1995.

*Edward Jennings for plaintiff-appellant.*

*Homesley, Jones, Gaines & Fields, by Edmund L. Gaines, for defendant-appellee.*

PER CURIAM.

AFFIRMED.